PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Leland Arnold Martin**

**Docket No. 0:00CR00139-1(DSD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Leland Arnold Martin** who was sentenced for Aggravated Assault on December 20, 2000, by the Honorable David S. Doty, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Financial disclosure
- Alcohol and drug aftercare
- June 4, 2004: Conditions modified to include 25 hours of community service

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On February 2, 2005, the defendant submitted to a drug test which tested positive for marijuana. The defendant admitted using alcohol and marijuana several days earlier.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 11th day of February, 2005, and ordered filed and made a part of the records in the above case.

[signature]

Honorable David S. Doty
Senior U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White by [initials]

Joan L. White
U.S. Probation Officer

Executed on February 10, 2005
Place Bemidji

SCANNED
FEB 11 2005