Prob 49

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Leland Arnold Martin

Docket No. 0:00CR00139-001(DSD)

## HEARING WAIVER

I, Leland Arnold Martin, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed:

Leland Martin

Leland Arnold Martin
Supervised Releasee

Dated: 2-8-05

Witness:

Joan L. White

Joan L. White
U.S. Probation Officer

SCANNED
FEB 11 2005