PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Leland Arnold Martin**

**Docket No. 0:00CR00139-1(DSD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Leland Arnold Martin** who was sentenced for Aggravated Assault on December 20, 2000, by the Honorable David S. Doty, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Financial disclosure
- Alcohol and drug aftercare
- June 4, 2004: Conditions modified to include 25 hours of community service
- February 11, 2005: Conditions modified to include 60 days home detention/electronic monitoring

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On February 2, 2005, the defendant submitted a drug test which tested positive for marijuana. The defendant admitted using alcohol and marijuana several days earlier. On February 11, 2005, the Court ordered that the conditions of supervised release be modified to include 60 days home detention with electronic monitoring as a result of this violation. Although the defendant initially agreed to home detention, he fears that he will be unable to comply with home detention as his residence is unstable. He and his wife have marital problems, and he has left the family home to reside for short periods of time with other family members. He believes a 60-day halfway house placement in lieu of home detention is suitable for his situation.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
MAR 23 2005
U.S. DISTRICT COURT MPLS

The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. This confinement will be in lieu of the 60 days home detention previously imposed on February 11, 2005.

ORDER OF THE COURT

Considered and ordered this 22nd day of March, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge
c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on March 18, 2005
Place Bemidji