A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-139(1) DSD**

Leland Arnold Martin

0541-0613-1252-0

RECEIVED
JUN 14 3 54 PM '05
US MARSHALS SERVICE
MPLS., MN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Leland Arnold Martin

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation on Supervised Release

Ordered by: David S Doty, United States District Court Judge.

(By) Janet Midtbo, Deputy Clerk

June 13, 2005 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

JUN 17 2005

ARRESTED ON 6-17-05
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____________

criminal\warrant.frm

DC Modified 12/08/04