**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Raymond L. Erickson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: Crim. 00-139(DSD/JMM) |
| | ) | and Crim. 03-89(DWF/SRN) |
| Leland Arnold Martin, | ) | Date: June 17, 2005 |
| | ) | Court Reporter: |
| Defendant. | ) | Tape Number: 05-36 |
| | | Time Commenced: 4:25 p.m. |
| | | Time Concluded: 4:35 p.m. |
| | | Time in Court: 0 Hours & 10 Minutes |

APPEARANCES: Plaintiff: , Assistant U.S. Attorney
Defendant: ☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

Date Charges Filed re Crim. 00-139(DSD/JMM): June 13, 2005 Offense: Violation of Supervised Release
Date Charges Filed re Crim. 03-89(DWF/SRN): June 17, 2005 Offense: Violation of Supervised Release

☒ Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Next appearance date is Tuesday, June 21, 2005 at 4:30 p.m., Court Room 12W, U.S. Courthouse, Minneapolis, Minnesota before U.S. Magistrate Judge Raymond L. Erickson for:
☒ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☐ preliminary revocation

☐ Detention hearing waived ☐ Detention hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information: Court finds defendant eligible for court-appointed counsel. Defendant is remanded to the custody of the U.S. Marshal (held in Douglas Cty. Jail, Superior, Wisc.)/

s/Victoria L. Miller
Signature of Judicial Assistant