**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Raymond L. Erickson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 00-cr-139 (DSD/JMM); |
| | ) | 03-cr-089 (DWF/SRN) |
| Leland Arnold Martin, | ) | Date: June 21, 2005 |
| | ) | Court Reporter: Dawn Hansen |
| Defendant. | ) | Tape Number: |
| | | Time Commenced: 4:30 p.m. |
| | | Time Concluded: 4:40 p.m. |
| | | Time in Court: 0 Hours & 10Minutes |

☐ **PRELIMINARY HRG ONLY** X **DETENTION HRG ONLY**
☐ **PRELIMINARY/DETENTION HRG** ☐ **REMOVAL HRG**
Time in Court Prelim/Det:

APPEARANCES:

Plaintiff: Clifford B. Wardlaw, Assistant U.S. Attorney
Defendant: Lyonel Norris
X FPD ☐ CJA ☐ Retained ☐ Appointed

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** X **Supervised Release**

☐ **Charges from other District**

☒ Deft Ordered Detained
☒ Deft bound over to District Court of Minnesota
☐ Deft removed to charging district and is ordered to appear before on.

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information: Defendant waived the Preliminary Hearing on the Record; written Order will be issued.

s/Cindy L. Hanneken
Signature of Judicial Law Clerk