PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Leland Arnold Martin**

**Docket No. 0:00CR00139-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Leland Arnold Martin** who was sentenced for Aggravated Assault on December 20, 2000, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Financial disclosure
- Drug and alcohol aftercare
- $382.75 restitution

In addition, Leland Arnold Martin was sentenced for Escape on July 16, 2003, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release.

On June 4, 2004, conditions of supervision were modified due to alcohol use to include:

- 25 hours community service

On February 11, 2005, conditions of supervision were modified due to drug use to include:

- 60 days home detention with electronic monitoring

On March 22, 2005, conditions of supervision were modified to include:

- 60 days CCC placement in lieu of the 60 days home detention/electronic monitoring ordered on February 11, 2005

On July 20, 2005, supervised release was revoked and the defendant was sentenced to 4 months custody of the Bureau of Prisons, with supervised release until the original expiration date of January 16, 2007, due to new criminal conduct and failure to report to his probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 23, 2006, the defendant was cited for 5th Degree Domestic Violence by Bemidji police officers. The criminal complaint alleges that the defendant contacted the police after his wife punched him in the mouth, pulled his hair, and broke his eyeglasses.

SCANNED
MAY 22 2006
U.S. DISTRICT COURT ST. PAUL

defendant's wife reported that the defendant assaulted her, although no physical signs or marks were noted. Both parties were issued citations for domestic violence. This case is pending in Beltrami County District Court, Bemidji, Minnesota.

In December 2005, the defendant was hospitalized for an attempted suicide. The defendant suffers from depression. He continues to grieve over the loss of his father, his uncle, his stepbrother, and friends. The defendant has been prescribed antidepressants and had been meeting with a psychologist on a regular basis. He recently relocated to the Mahnomen, Minnesota, area and is in the process of seeking mental health services in that area.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

ORDER OF THE COURT

Considered and ordered this 18th day of May, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Joan L. White
U.S. Probation Officer

Executed on May 18, 2006
Place Bemidji

c: United States Sentencing Commission
Honorable Donovan W. Frank