Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Leland Arnold Martin

Docket No. 0:00CR00139-001(DSD)

**HEARING WAIVER**

I, Leland Arnold Martin, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

Signed: *Leland Martin*

Leland Arnold Martin
Supervised Releasee

Witness: [signature]

Aaron Rotering
U.S. Probation Officer

Dated: *4-24-06*

SCANNED
MAY 22 2006
U.S. DISTRICT COURT ST. PAUL