PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

SEP - 5 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Leland Arnold Martin**

**Docket No. 0:00CR00139-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Leland Arnold Martin** who was sentenced for Aggravated Assault on December 20, 2000, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Financial disclosure
- Drug and alcohol aftercare
- $382.75 restitution

In addition, Leland Arnold Martin was sentenced for Escape on July 16, 2003, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release.

On June 4, 2004, conditions of supervision were modified due to alcohol use to include:

- 25 hours community service

On February 11, 2005, conditions of supervision were modified due to drug use to include:

- 60 days home detention with electronic monitoring

On March 22, 2005, conditions of supervision were modified to include:

- 60 days CCC placement in lieu of the 60 days home detention/electronic monitoring ordered on February 11, 2005

On July 20, 2005, supervised release was revoked and the defendant was sentenced to 4 months custody of the Bureau of Prisons, with supervised release until the original expiration date of January 16, 2007, due to new criminal conduct and failure to report to his probation officer.

On May 18, 2006, conditions of supervised release were modified due to a suicide attempt and new criminal charges for 5th Degree Domestic Violence to include:

- Mental health programming

SCANNED
SEP 06 2006
U.S. DISTRICT COURT MPLS

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On July 24, 2006, the defendant was sentenced in Pennington County District Court, Thief River Falls, Minnesota, for Driving After Suspension (T5-06-763). He was sentenced to 10 days jail with 1 day stayed, $100 fine, and $82 court costs.

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On July 24, 2006, the defendant submitted a drug test which was positive for THC.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside until expiration of supervised release on January 16, 2007, in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 5th day of September, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Joan L. White
U.S. Probation Officer

Executed on September 1, 2006
Place Bemidji

c: United States Sentencing Commission