Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Leland Arnold Martin

Docket No. 0:00CR00139-001(DSD)

Docket No. 0:03CR0089-001(DWF)

**HEARING WAIVER**

I, Leland Arnold Martin, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall reside until expiration of supervised release on January 17, 2007, in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: Leland Martin
Leland Arnold Martin
Supervised Releasee

Dated: 8-28-06

Witness: [signature]
Aaron R. Rotering
U.S. Probation Officer

SCANNED
SEP 06 2006
U.S. DISTRICT COURT MPLS