OFFICE OF THE
# FEDERAL DEFENDER
District of Minnesota
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

KATHERIAN D. ROE
Federal Defender

ANDREW H. MOHRING
First Assistant Defender

ANDREA K. GEORGE
Senior Litigator

SCOTT F. TILSEN
Senior Assistant Defender

KATHERINE MENENDEZ
MANNY K. ATWAL
LYONEL NORRIS
CAROLINE DURHAM
REGGIE ALIGADA
Assistant Defenders

TIM W. TREBIL
MIKE KAULFUSS
Investigators

RECEIVED
06 NOV -3 PM 2:39
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

November 1, 2006

Honorable Jeanne J. Graham
United States Magistrate Judge
242 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101
FAX: 612-664-5147

**RE: United States v. Leland Martin**
**Crim. No. 03-89 DWF**
**Crim. No. 00-139 DSD**

Dear Magistrate Graham:

Mr. Martin hereby waives his preliminary and detention hearing in reference to File No. 03-89. The final revocation hearing is scheduled for November 15, 2006 at 10:15 a.m. before Judge Doty. Mr. Martin wishes to make his first appearance on file No. 00-139 at the same time the final revocation hearing will be held.

Sincerely,

MANNY K. ATWAL
Assistant Federal Defender

MKA/

cc: Erika Mozangue, AUSA
Leland Martin
Aaron Rotering, USPO

SCANNED
NOV 06 2006
U.S. DISTRICT COURT MPLS