**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Leland Arnold Martin,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

| | |
|---|---|
| Case No: | 00-139(1)(DSD/JMM) & 03-89(1)(DWF/SRN) |
| Date: | November 16, 2006 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 10:15 a.m. |
| Time Concluded: | 10:30 a.m. |
| Time in Court: | 15 Minutes |

## APPEARANCES:

Plaintiff: Erika Mozangue, Assistant U.S. Attorney
Defendant: Manny Atwal : FPD

## PROCEEDINGS:

: **Initial Appearance - Revocation Proceedings & Preliminary Hearing Waived in 00-139(1)(DSD/JMM).**
: **Revocation of Supervised Release - Final Hearing in both cases.**
: Defendant admits allegations. .

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: No further supervised release to follow.
: Defendant is sentenced to: 6 months to be served concurrently in both cases.
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk